USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DENISE HALL,

          **Plaintiff,**

-against-

ARCHCARE et al.,

          **Defendants.**

-----------------------------------------------------------------X

18-CV-00515 (PAC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

In light of counsel's motion to withdraw (ECF No. 29), the settlement conference scheduled for Monday, December 2, 2019, is ADJOURNED. Within 30 days of Judge Crotty's decision on the motion to withdraw, the parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line at (212) 805-0286, to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 26, 2019
               New York, New York