```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DENISE HALL,

                            **Plaintiff,**                    18-CV-00515 (PAC)(SN)

          **-against-**                          **ORDER**

ARCHCARE, et al.,

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On June 4, 2020, the Hon. Paul A. Crotty referred this matter to me to resolve a request by Plaintiff's counsel, Michael Diederich, to restore this case to the docket for the purpose of assessing a charging lien against Plaintiff Denise Hall's settlement proceeds. See ECF No. 42.

    Mr. Diederich and Ms. Hall are hereby ORDERED to appear for a conference to discuss the outstanding application on October 16, 2020, at 2:30 p.m. In light of the COVID-19 pandemic, the conference will be held by telephone. At the scheduled time, Mr. Diedeirch and Ms. Hall should call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:      October 6, 2020
                 New York, New York