**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

**DENISE HALL,**

                            Plaintiff,                       18 **CIVIL** 515 (PAC) (SN)

        -against-                             **JUDGMENT**

**ARCHCARE, et al.,**

                            Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 16, 2021, Plaintiff's counsel's motion to fix and enforce a charging lien is GRANTED. Judgment is entered in the amount of $15,000 in favor of Plaintiff's counsel, Michael David Diederich, Jr., and against Plaintiff Denise Hall. The Motion at ECF No. 37 is denied, and the case shall remain closed.

**Dated:**  New York, New York
         March 17, 2021

                                 **RUBY J. KRAJICK**
                           _____
                                **Clerk of Court**
       **BY:**
                                   **Deputy Clerk**